IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TOMTOM, INC.,                                    )
    Plaintiff/Counter-Defendant,      )
                                         )
    v.                                   )        Case No. 1:12-cv-528
                                         )
MICHAEL ADOLPH,                                  )
    Defendant/Counter-Plaintiff.        )
                                         )

## ORDER

The matter came before the Court on plaintiff's motion for judgment on the pleadings (Doc. 249), defendant's motion for a status conference (Doc. 251), and defendant's motion to strike (Doc. 255). The motion for judgment on the pleadings and motion to strike were fully briefed and argued, and a status conference occurred on September 25, 2015.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that plaintiff's motion for judgment on the pleadings is **DENIED** without prejudice to the issue of the patent validity's being raised pursuant to Rule 50, Fed. R. Civ. P.

It is **FURTHER ORDERED** that defendant's motion to strike is **DENIED**.

It is **FURTHER ORDERED** that plaintiff shall have leave to file a renewed motion for summary judgment according to the following schedule:

- Plaintiff's motion for summary judgment shall be filed by 5:00 p.m. on Friday, October 9, 2015.

- Defendant's response shall be filed by 5:00 p.m. on Monday, October 19, 2015.

- Plaintiff's reply shall be filed by 5:00 p.m. on Friday, October 23, 2015.

- The motion shall be heard at 10:00 a.m. on Friday, October 30, 2015.

It is **FURTHER ORDERED** that a trial to a jury shall begin at 10:00 a.m. on Wednesday, December 9, 2015, with pre-trial filings occurring according to the following schedule:

- Pre-trial motions shall be filed by 5:00 p.m. on Friday, November 6, 2015, with responses due by 5:00 p.m. on Friday, November 13, 2015, with any necessary hearings on the motions occurring at 10:00 a.m. on Friday, November 20, 2015.

- Witness and exhibit lists shall be filed by 5:00 p.m. on Tuesday, November 24, 2015.

- Proposed jury instructions shall be filed by 5:00 p.m. on Tuesday, December 1, 2015, with any objections due by 5:00 p.m. on Monday, December 7, 2015.

- Trial briefs shall be filed by 5:00 p.m. on Thursday, December 3, 2015, and the parties are instructed to address the issue of patent validity under 35 U.S.C. § 101 in the briefs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 28, 2015

/s/

T. S. Ellis, III
United States District Judge