**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| TOMTOM, INC.,<br><br>      Declaratory Judgment Plaintiff,<br><br>      v.<br><br>MICHAEL ADOLPH,<br><br>      Declaratory Judgment Defendant. | Case No. 1:12-cv-528 (TSE/IDD) |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that Plaintiff TomTom, Inc. and Counterclaim Defendants

TomTom International B.V. and TomTom North America, Inc. have filed a Motion  for Leave to

Seal Exhibit A to the Declaration of William Deurwaarder and Exhibits B and C to the

Declaration of Dr. Heiko Schilling, a hearing on which will be held at:

**Place of Hearing:**                                          **Date and Time of Hearing:**

Albert V. Bryan                                                 October 30, 2015
United States Courthouse                                10:00 a.m.
401 Courthouse Square
Alexandria, VA 22314

1

Respectfully submitted,


Dated:  October 9, 2015                                   _____/s/_____
James H. Wallace, Jr. (admitted *pro hac vice*)
Kevin P. Anderson (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Wesley E. Weeks (VSB No. 86260)
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)
jwallace@wileyrein.com
kanderson@wileyrein.com
bpandya@wileyrein.com
wweeks@wileyrein.com

COUNSEL FOR DECLARATORY JUDGMENT
PLAINTIFF TOMTOM, INC. AND
COUNTERCLAIM DEFENDANTS TOMTOM
INTERNATIONAL B.V. AND TOMTOM
NORTH AMERICA, INC.

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Notice of Hearing was electronically filed and served on counsel of record via the Court's CM/ECF system on October 9, 2015.

/s/ *Wesley Weeks*
Wesley Weeks