**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| TOMTOM INC., | |
| *Plaintiff/Counter-Defendant*, | |
| v. | Case No. 1:12cv528 (TSE/IDD) |
| MICHAEL ADOLPH, | |
| *Defendant/Counter-Plaintiff.* | |

**NOTICE OF APPEAL**

Notice is hereby given that Michael Adolph, Defendant and Counterclaim Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from: (1) the Judgment filed on November 24, 2015 (ECF No. 377); (2) the Order Entering Final Judgment of Noninfringement filed on November 24, 2015 (ECF No. 376) and also denying as moot Defendant's Motion for Partial Summary Judgment of Infringement; (3) the Order filed on September 28, 2015 (ECF No. 264) denying Defendant's Motion to Strike; and (4) all interlocutory orders and decisions leading to the foregoing, including, but not limited to the Memorandum Opinion regarding summary judgment of noninfringement filed on November 24, 2015 (ECF No. 375), the Memorandum Opinion regarding claim construction of United States Patent No. 6,356,836 filed on February 25, 2014 (ECF No. 198), and the corresponding claim construction Order also filed on February 25, 2014 (ECF No. 199).

- 1 -

- 2 -

Date: November 30, 2015

Respectfully,

/s/ Antigone G. Peyton

Antigone G. Peyton (VSB No. 48472)
 antigone.peyton@cloudigylaw.com
Clyde E. Findley (VSB No. 48277)
 clyde.findley@cloudigylaw.com
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: (703) 436-2033
Facsimile: (703) 436-2268

Sean J. Williams (VSB No. 84617)
 swilliams@wmclaw.com
August J. Matteis, Jr. (admitted *pro hac vice*)
 amatteis@wmclaw.com
Peter J. Toren (admitted *pro hac vice*)
 ptoren@wmclaw.com
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Ave., NW, Suite 600
Washington, DC 20036
Telephone: (202) 499-7901
Facsimile: (202) 478-1795

*Counsel for Defendant/Counter-Plaintiff*
*Michael Adolph*

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to all counsel of record, including the following counsel for TomTom, Inc., TomTom International BV, and TomTom North America, Inc.:

James H. Wallace, Jr. (admitted *pro hac vice*)
  jwallace@wileyrien.com
Kevin P. Anderson (admitted *pro hac vice*)
  kanderson@wileyrein.com
Brian H. Pandya (VSB No. 72233)
  bpandya@wileyrein.com
Wesley E. Weeks (VSB No. 86260)
  wweeks@wileyrein.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049

/s/ Antigone G. Peyton
Antigone G. Peyton (VSB No. 48472)
  antigone.peyton@cloudigylaw.com
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: (703) 436-2033
Facsimile: (703) 436-2268