**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| TOMTOM, INC.,<br><br>        Declaratory Judgment<br>        Plaintiff,<br><br>        v.<br><br>MICHAEL ADOLPH,<br><br>        Declaratory Judgment<br>        Defendant. | Case No. 1:12-cv-528 (TSE/IDD) |

**NOTICE OF SUBMISSION**

In accordance with this Court's December 4, 2015 Order (D.I. 383), TomTom Inc.,

TomTom North America, Inc., and TomTom International BV (collectively, "TomTom")

provide notice of submitting public versions of the following previously filed documents:

- TomTom's Memorandum in Support of its Motion to Preclude John Jarosz From Testifying at Trial (D.I. 315);

- Exhibit 1 to TomTom's Memorandum in Support of its Motion to Preclude John Jarosz From Testifying at Trial;

- Exhibit 2 to TomTom's Memorandum in Support of its Motion to Preclude John Jarosz From Testifying at Trial;

- Exhibit 4 to TomTom's Memorandum in Support of its Motion to Preclude John Jarosz From Testifying at Trial;

- Exhibit 9 to TomTom's Memorandum in Support of its Motion to Preclude John Jarosz From Testifying at Trial;

- 2 -

- Exhibit 10 to TomTom's Memorandum in Support of its Motion to Preclude John Jarosz From Testifying at Trial;

- TomTom's Memorandum in Support of its Motion to Strike the Supplemental Expert Reports of Dr. Chris Bartone and John C. Jarosz (D.I. 329);

- Exhibit A to TomTom's Memorandum in Support of its Motion to Strike the Supplemental Expert Reports of Dr. Chris Bartone and John C. Jarosz;

- TomTom's Opposition to Dr. Adolph's Cross-Motion to Compel Privileged Documents (D.I. 358);

- Exhibit B to TomTom's Opposition to Dr. Adolph's Cross-Motion to Compel Privileged Documents;

- Exhibit C to TomTom's Opposition to Dr. Adolph's Cross-Motion to Compel Privileged Documents; and

- Exhibit D to TomTom's Opposition to Dr. Adolph's Cross-Motion to Compel Privileged Documents.

- 3 -

Dated:  December 18, 2015

*/s/ Wesley E. Weeks*
James H. Wallace, Jr. (admitted *pro hac vice*)
Kevin P. Anderson (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Wesley E. Weeks (VSB No. 86260)
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)
jwallace@wileyrein.com
kanderson@wileyrein.com
bpandya@wileyrein.com
wweeks@wileyrein.com

COUNSEL FOR DECLARATORY JUDGMENT
PLAINTIFF TOMTOM, INC. AND
COUNTERCLAIM DEFENDANTS TOMTOM
INTERNATIONAL B.V. AND TOMTOM
NORTH AMERICA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2015, I electronically filed the foregoing **NOTICE OF SUBMISSION** with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

*/s/ Wesley E. Weeks*
Wesley E. Weeks