# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-1277

**TOMTOM, INC.,**

*Plaintiff/Counterclaim Defendant - Appellee*

**TOMTOM INTERNATIONAL B.V.,**

*Counterclaim Defendant*

**TOMTOM NORTH AMERICA, INC.,**

*Third Party Defendant*

**v.**

**MICHAEL ADOLPH,**

*Defendant/Counterclaimant - Appellant*

Appeal from the United States District Court for the Eastern District of Virginia
in No. 1:12-cv-00528-TSE-IDD, Judge T. S. Ellis III.

## MANDATE

In accordance with the judgment of this Court, entered November 03, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

cc: Kevin Paul Anderson
Clerk of Court, Eastern District of Virginia (Alexandria)
Clyde E. Findley
Karin A. Hessler
Brian Pandya
Antigone Gabriella Peyton
Peter Jonathan Toren
James Harold Wallace Jr.
Wesley Edenton Weeks